UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAYDON KLEE, | ) Case No. 05-CV-2227-WQH (JMA) |
| Plaintiff, | ) **ORDER 1) SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE AND 2) VACATING MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| WHIRLPOOL CORP., et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED**:

1. A telephonic Case Management Conference will be held on **February 5, 2007** at **10:30 a.m.** Counsel for each party shall participate in the conference. The Court will initiate the conference call.

2. The Mandatory Settlement Conference scheduled for February 8, 2007 is vacated.

**IT IS SO ORDERED.**

DATED: January 31, 2007

Jan M. Adler
U.S. Magistrate Judge

05cv2227